THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213)894-2589
     Facsimile: (213)894-7177
     E-mail: pio.kim@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:08-cv-05312-FMC-AJWx |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| ONE 2005 MERCEDES-BENZ CLK 320, | |
| Defendant. | |

In this action, plaintiff United States of America (the "government") alleges that the defendant One 2005 Mercedes-Benz CLK 320 (the "defendant vehicle") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) on the ground that it was used, or intended to be used, to facilitate the drug trafficking of Thin Do in violation of 21 U.S.C. § 841, *et seq*.  Claimant Myna Ung (the "claimant") disputes the government's allegations.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 21 U.S.C. § 881(a)(4).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than the claimant, and the time to file claims and answers has expired. The Court deems that all potential claimants other than the claimant admit the allegations of the Complaint to be true, and hereby enters default against all such potential claimants.

4. The defendant vehicle shall be returned to the claimant by a representative of the government telephonically notifying Tam Thanh Tran, Esq. At (714) 534-5800 as to when and where said vehicle may be picked up by the claimant. Such notification shall be provided within four weeks of the entry of this Consent Judgment.

5. The claimant hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug

1 | Enforcement Agency, and their employees and agents, from any and
2 | all, known or unknown, claims, causes of action, rights, and
3 | liabilities, including, without limitation, any claim for
4 | attorney's fees, costs, or interest which may be now or later
5 | asserted by or on behalf of the claimant, arising out of or
6 | related to this action or the defendant vehicle.  The claimant
7 | represents and agrees that she has not assigned and is the
8 | rightful owners of such claims, causes of action and rights.
9 |     6.   The claimant also agrees to hold harmless and indemnify
10 | the United States, the United States Attorney's Office, the Drug
11 | Enforcement Agency and their employees from all claims by third
12 | party to the defendant vehicle.
13 |     7.   The Court finds that there was reasonable cause for the
14 | seizure of the defendant vehicle and institution of these
15 | proceedings.  This judgment shall be construed as a certificate
16 | of reasonable cause pursuant to 28 U.S.C. § 2465.
17 |     8.   This Consent Judgment is solely caused by the parties'
18 | desire not to further litigate this action, and does not
19 | constitute a judgment, order or ruling on the merits of this
20 | action or of any litigated matters.  This judgement shall not
21 | have any res judicata, collateral estoppel, claim preclusion or
22 | issue preclusion effects whatsoever.
23 | / / /

9.  The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: June 9, 2009                    _____
                                       *Florence-Marie Cooper*
                                       UNITED STATES DISTRICT JUDGE

## CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2009              THOMAS P. O'BRIEN
                                       United States Attorney

                                       CHRISTINE C. EWELL
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       STEVEN R. WELK
                                       Assistant United States Attorney
                                       Chief, Asset Forfeiture Section


                                       _____
                                       PIO S. KIM
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       United States of America

DATED: _____, 2009              [please see next page]
                                       MYNA UNG
                                       Claimant


Approved as to form and content.


DATED: _____, 2009              [please see next page]
                                       TAM THANH TRAN
                                       Attorney for Claimant
                                       Myna Ung

4